FILED US District Court-UT
NOV 30 '22 PM 12:48

TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
email: michael.kennedy@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | 49 U.S.C. § 46505, Carrying a Weapon on an Aircraft |
| vs. | |
| MERRILL DARRELL FACKRELL, | 49 U.S.C. § 46506 and 18 U.S.C. § 113(a)(3), Assault with a Dangerous Weapon in the Special Aircraft Jurisdiction of the United States |
| Defendant. | |
| | Case: 2:22-cr-00465<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 11/29/2022 |

The Grand Jury charges:

COUNT 1
49 U.S.C. § 46505
(Carrying a Weapon on an Aircraft)

On or about November 21, 2022, in the District of Utah and elsewhere,

MERRILL DARRELL FACKRELL,

the defendant herein, when on an aircraft in and intended for operation in air transportation, had on or about himself and his property a concealed dangerous weapon, to wit, a Facon razor with a straight-edge razor blade, and such dangerous weapon was accessible to him in flight, all in violation of 49 U.S.C. § 46505(b)(1) and punishable thereunder.

COUNT 2
49 U.S.C. § 46506; 18 U.S.C. § 113(a)(3)
(Assault with a Dangerous Weapon in the
Special Aircraft Jurisdiction of the United States)

On or about November 21, 2022, in the District of Utah and elsewhere,

MERRILL DARRELL FACKRELL,

the defendant herein, did, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), commit assault with a dangerous weapon with the intent to do bodily harm, all in violation of 49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(3), and punishable thereunder.

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

MICHAEL KENNEDY
Assistant United States Attorney

2